JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| LAURA HOFFMANN,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>Defendant. | Case No.: 8:24-cv-01448-SVW-KES<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Equifax Information Services, LLC, is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: December 13, 2024

Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE